UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

-------------------------------------- x

TODD M. FRIEDMAN,

              Plaintiff,

- against -

WORLD BUSINESS LENDERS, LLC,

              Defendant.

-------------------------------------- x

15-cv-05149-JSR-JCF

**STIPULATION AND ORDER OF OF DISMISSALWITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 12/15/15

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, except that the claims of other proposed class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

Date: New York, New York

     December 11, 2015

                        DAVIS WRIGHT TREMAINE LLP

                        By: /s/ Sharon L. Schneier
                        Sharon L. Schneier

                        1633 Broadway – 27th Floor
                        New York, New York 10019
                        Telephone: (212) 489-8230
                        Facsimile: (212) 489-8340
                        Email: sharonschneier@dwt.com

                        *Attorneys for Defendant World Business Lenders, LLC*

PARIS ACKERMAN & SCHMIERER LLP

By: /s/ Ross H. Schmierer
Ross H. Schmierer

1200 Avenue of the Americas – 3rd Floor
New York, New York 10036
Telephone: (212) 354-0030
Facsimile: (212) 629-1246
Email: ross@paslowfirm.com

*Attorneys for Plaintiff Todd M. Friedman*

SO ORDERED
U.S.D.J.
12-12-15

2